**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DONALD T. ATKINSON                                                                                        PLAINTIFF
Reg. # 23588-044

v.                                              No. 2:07CV00132 JLH/HDY

LINDA SANDERS, Warden, FCI - Forrest City;
MATT H. MILLER, Unicor Supervisor,
FCI - Forrest City; RICHARD WELLS, Unicor
Supervisor, FCI - Forrest City; JIM LEE, Associate
Warden, FCI - Forrest City; CROSS, Unicor Supervisor,
FCI - Forrest City; K. NORMAN, Counselor (former),
FCI - Forrest City; K. HUNTER, Unit Manager,
FCI - Forrest City                                                                                                     DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 5th day of December, 2007.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE